# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:11CR127(JCH) |
| JONATHON P. ALEXANDER, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that John Stobbs, 307 Henry Street, Suite 211, Alton, Illinois, 62002, (618) 462-8484, is appointed to represent Defendant Jonathon P. Alexander in this cause of action.

**IT IS FURTHER ORDERED** that upon request from newly appointed counsel, the Clerk's Office shall provide copies of the case file.

Dated this 9th day of September, 2011

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE